UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY M. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-126 |
| | ) | |
| GEORGIA SOUTHERN | ) | |
| UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which objections have been filed. Accordingly, the R&R is **ADOPTED**, and plaintiff's application to proceed in forma pauperis is **DENIED**. The Clerk is **DIRECTED** to notify plaintiff of his filing fee deficiency pursuant to S.D. Ga. L. R. 4.1(a). Within 21 days of service of this Order, plaintiff must pay the full filing fee or face dismissal for failure to prosecute. See S.D. Ga. L. R. 41.1(c); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution).

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA